UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PHI AIR MEDICAL, LLC,

    Plaintiff,

vs.                                                     Case No. 18 CV 382 JAP/SCY

NEW MEXICO OFFICE OF SUPERINTENDENT
OF INSURANCE,
JOHN G. FRANCHINI, Superintendent of Insurance
in his official capacity, and
JEREMY RODRIGUEZ-ORTEGA, Compliance Officer,
New Mexico Officer of Superintendent of Insurance, Managed
Health Care Bureau, in his official capacity,

    Defendants.

**ORDER CORRECTING MEMORANDUM OPINION AND ORDER**

On August 29, 2018, the Court entered the MEMORANDUM OPINION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS DEFENDANT JEREMY RODRIGUEZ-ORTEGA PURSUANT TO FED. R. CIV. P. 21 (Doc. No. 38) (MOO). The Court has been notified that in the caption of the MOO as well as some places in the body of the MOO, Defendant Jeremy Rodriguez-Ortega's name was incorrectly spelled "Rodriquez-Ortega." The Court will correct those errors.

IT IS ORDERED that the spelling of Defendant Rodriguez-Ortega's name in the MEMORANDUM OPINION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS DEFENDANT JEREMY RODRIGUEZ-ORTEGA PURSUANT TO FED. R. CIV. P.

21 (Doc. No. 38) is amended and corrected.

_____
SENIOR UNITED STATES DISTRICT JUDGE